**In the United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | | |
|---|---|---|---|
| In re: | | ) | Case 15-01999 |
| Regelio Aguirre, | | ) | Chapter 13 |
| | Debtor(s). | ) | Judge Eugene R. Wedoff |

## Notice of Motion

The following parties have been served electronically:
- U.S. Trustee
- Chapter 13 Trustee

The following parties have been served via USPS first class mail, proper postage prepaid:
- See attached service list for notice parties and addresses.

Please take notice that I shall appear before the named Bankruptcy Judge, or any other Judge presiding, at 219 S. Dearborn, Chicago, IL 60602, or other place posted, and present the attached **Motion to Extend Automatic Stay,** at which time and place you may appear:

| Judge: | Eugene R. Wedoff | Courtroom: | 744 |
|---|---|---|---|
| Date: | 2/5/2015 | Time: | 9:00am |

/s/   Nicholas C. Kefalos
Nicholas C. Kefalos, ARDC 6270051
Attorney for the Debtor(s)

Certificate of Service

The undersigned certifies that copies of this Notice and attachments were served to the persons or entities indicated above and on the attached service list, in the manner indicated, and if service by mail, by depositing same in the U.S. Mail at 9 S Elmhurst Road, Prospect Heights, IL 60070, before 5:00pm on 1/22/2015, with proper postage prepaid.

/s/   Nicholas C. Kefalos
Nicholas C. Kefalos, ARDC 6270051
Attorney for the Debtor(s)

Vernor Moran, LLC
27 N. Wacker Drive, Suite 2000
Chicago, IL 60606-2800
312-264-4460

## Service List

| | | |
|---|---|---|
| 2201 S Halsted LLC<br>3057 N Rockwell St<br>Chicago, IL 60618 | Freedman Anselmo Lindberg<br>1771 W Diehl #150<br>Naperville, IL 60566 | Veronica Paredes<br>1111 W 14th Place<br>Chicago, IL 60608 |
| Am Financial<br>3715 N Ventura Dr<br>Arlington Heights, IL 60004 | Illinois Dept of Revenue<br>PO Box 64338<br>Chicago, IL 60664-0338 | Regelio Aguirre<br>1111 W 14th Place<br>Chicago, IL 60608 |
| Armando Macias<br>11021 W 772nd St<br>Indian Head Park, IL 60527 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Transport Funding, LLC<br>7025 Albert Pick Road<br>Greensboro, NC 27409-9539 |
| Calfund<br>807 E 12th St, Suite 213<br>Los Angeles, CA 90021 | Mission Financial Services<br>PO Box 2049<br>Corona, CA 92878 | Ford Motor Credit<br>CT Corporation System<br>208 S. LaSalle, Suite 814<br>Chicago, IL 60604 |
| Cavalry SPV<br>500 Summit Lake Drive #400<br>Valhalla, NY 10595-1340 | PLS Financial Solutions of Illinois<br>337 S Franklin<br>Chicago, IL 60606 | |
| CCI<br>501 Green St<br>3rd Floor Suite 302<br>Augusta, GA 30901 | Portfolio Recovery<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 | |
| Chase<br>201 N. Walnut St//De1-1027<br>Wilmington, DE 19801 | Portfolio Recovery (Agent)<br>Illinois Corp. Service C<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | |
| Contract Callers, Inc<br>c/o CT Corporation System<br>208 S LaSalle Ste 814<br>Chicago, IL 60604 | Portfolio Recovery (Corp)<br>120 Corporate Blvd<br>Norfolk, VA 23502 | |
| Ford Motor Credit<br>PO Box 6275<br>Dearborn, MI 48121 | Sherman & Purcell, LLP<br>120 S LaSalle, Suite 1460<br>Chicago, IL 60603 | |

**In the United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| In re: | ) | Case 15-01999 |
| Regelio Aguirre, | ) | Chapter 13 |
| Debtor(s). | ) | Judge Eugene R. Wedoff |

## Motion to Extend Automatic Stay.

Now comes Debtor Regelio Aguirre, by and through Nicholas C. Kefalos and Vernor Moran, LLC, and for this Motion to Extend the Automatic Stay, states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. This motion is brought pursuant to 11 U.S.C. § 362(c)(3)(b).

3. On 8/12/2014, Debtor filed a voluntary petition under Chapter 13 of Title 11, U.S.C., case 14-29576. That case was dismissed on 12/9/2014 for unreasonable delay.

4. The dismissal of that was a result of a drop in net business income; Debtor is self-employed as a truck driver, and had to make substantial repairs on his business vehicles. Those expenses caused Debtor to be unable to make his plan payments and unable to move forward with his bankruptcy plan.

5. Attached as **Exhibit A** is a copy of Debtor's Affidavit in Support of Motion to Extend Stay. Attached as **Exhibit B** are copies of Schedule I and J from the previous case and Schedule I and J from this current case.

6. Debtor expects this case to succeed because his income has stabilized and his business vehicles are in a state of good repair. Further, the plan will allow Debtor to effectively manage and reorganize his debts, such that Debtor expects to take on additional drivers and to increase his income. The proposed plan also consolidates the secured payments on Debtor's business vehicles; the installment payments on those vehicles totaled over $5,200 per month, per the schedules filed in the previous case; the proposed plan payment is $3,025.00, representing a

100% distribution.

7.     Debtor expects that this case to succeed, is ready and able to move forward with the plan of reorganization, and proposed this case in good faith with an intention to repay creditors.

Wherefore, Debtor requests this Court enter an order extending the automatic stay.

                Respectfully Submitted,

                /s/     Nicholas C. Kefalos
                Nicholas C. Kefalos, ARDC 6270051
                Attorney for the Debtor(s)

Vernor Moran, LLC
27 N. Wacker Drive, Suite 2000
Chicago, IL 60606-2800
312-264-4460